

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09–11–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT LEE ISBELL, | |
| Defendant. | |

Defendant Robert Lee Isbell having requested a recommendation for placement at FDC Sea/Tac for his term of imprisonment on revocation,

IT IS ORDERED that Isbell's motion (Doc. 78) is DENIED.

DATED this 9th day of July, 2019.

_____
Donald W. Molloy, District Judge
United States District Court

15:51 P.M.